③ 

FELONY
TC

# 08 CR 683

JUDGE JOAN H. LEFKOW

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

MAGISTRATE JUDGE BROWN

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1)  Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **NO X**
    **YES ☐**   If the answer is "Yes", list the case number and title of the earliest filed complaint:

2)  Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
    **NO X   YES ☐**   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information
    and the name of the assigned judge (Local Rule 40.3(b)(2)):

3)  Is this a re-filing of a previously dismissed indictment or information?   **NO X   YES ☐**
    If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the
    assigned judge (Local Rule 40.3(b)(2)):

4)  Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
    **NO X   YES ☐**   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed
    to appear (Local Criminal Rule 50.2(3)):

5)  Is this a transfer of probation supervision from another district to this District?   **NO X   YES ☐**

6)  What level of offense is this indictment or information?   **FELONY X   MISDEMEANOR ☐**

7)  **Does this indictment or information involve eight or more defendants?**   **NO X   YES**
    **☐**

8)  Does this indictment or information include a conspiracy count?   **NO X   YES ☐**

9)  Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

    | | | | | |
    |---|---|---|---|---|
    | ☐ Homicide | (II) | ☐ Income Tax Fraud | (II) | ☐ DAPCA Controlled Substances (III) |
    | ☐ Criminal Antitrust | (II) | ☐ Postal Fraud | (II) | ☐ Miscellaneous General Offenses (IV) |
    | ☐ Bank robbery | (II) | X Other Fraud | (III) | ☐ Immigration Laws (IV) |
    | ☐ Post Office Robbery | (II) | ☐ Auto Theft | (IV) | ☐ Liquor, Internal Revenue Laws (IV) |
    | ☐ Other Robbery | (II) | ☐ Transporting Forged Securities (III) | | ☐ Food & Drug Laws (IV) |
    | ☐ Assault | (III) | ☐ Forgery | (III) | ☐ Motor Carrier Act (IV) |
    | ☐ Burglary | (IV) | ☐ Counterfeiting | (III) | ☐ Selective Service Act (IV) |
    | ☐ Larceny and Theft | (IV) | ☐ Sex Offenses | (II) | ☐ Obscene Mail (III) |
    | ☐ Postal Embezzlement | (IV) | ☐ DAPCA Marijuana | (III) | ☐ Other Federal Statutes (III) |
    | ☐ Other Embezzlement | (III) | ☐ DAPCA Narcotics | (III) | ☐ Transfer of Probation Jurisdiction (V) |

10) List the statute of each of the offenses charged in the indictment or information.
    Title 18, USC, Section 1343 and 2

RENAI RODNEY
Assistant United States Attorney

# FILED

AUG 2 8 2008 TC
AUG 28 2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

(Revised 12/99)