## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 683 -1 and 5 | **DATE** | 9/4/2008 |
| **CASE TITLE** | USA vs. Walker et al. | | |

**DOCKET ENTRY TEXT**

Arraignment and Plea for Cecilia Walker and Tonisha Berry set for 9/09/08 at 9:30 a.m.

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | NTF |
|---|---|---|